**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHILLIP S. CARPENTER,<br>    Plaintiff<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>In her official capacity as Acting<br>Commissioner of Social Security,<br>    Defendant | Civil Action No. 13-01637 (CKK/GMH) |

**MEMORANDUM OPINION**
(March 14, 2016)

On February 24, 2016, the Magistrate Judge G. Michael Harvey's Report and Recommendation was entered, and the parties were allowed 14 days to file objections to the recommendations made by the magistrate judge. No objections have been filed as of this date. Upon careful consideration of the record in this case and of Magistrate Judge Harvey's [24] Report and Recommendation, the Court ADOPTS and ACCEPTS the Report and Recommendation in full.

The Court shall GRANT Plaintiff's [15] Motion for Judgment of Reversal and DENY Defendant's [18] Motion for Judgment on the Pleadings. The Court shall vacate the Commissioner's decision denying Plaintiff disability benefits, and remand the matter back to the Social Security Administration for further proceedings, which may include the taking of additional testimony to resolve the conflict between the vocational expert's testimony and the information provided by the Dictionary of Occupational Titles.

An appropriate Order accompanies this Memorandum Opinion.

                                                    /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge